# ORDER OF THE SUPREME COURT OF TEXAS

## MISC. DOCKET No. 07-_____

## IN THE MATTER OF RICHARD W. PAQUETTE

The Court has reviewed the *Motion for Acceptance of Resignation as Attorney and Counselor at Law of RICHARD W. PAQUETTE* and the *Response of the Chief Disciplinary Counsel for the Commission for Lawyer Discipline*. The Court concludes each meets the requirements of Part X of the TEXAS RULES OF DISCIPLINARY PROCEDURE. As Mr. PAQUETTE has waived his right to withdraw his *Motion for Acceptance of Resignation as Attorney and Counselor at Law*, the Court deems the professional misconduct detailed in the *Response of the Chief Disciplinary Counsel for the Commission for Lawyer Discipline* conclusively established for all purposes. The Court further concludes that acceptance of Mr. PAQUETTE's resignation is in the best interest of the public and the profession.

Therefore, the law license of RICHARD W. PAQUETTE of Houston, Harris County, Texas, State Bar Number 15455700, is canceled.

Mr. PAQUETTE is prohibited from practicing law in the State of Texas. This includes holding himself out as attorney at law, performing legal services for others, giving legal advice to others, accepting any fee directly or indirectly for legal services, appearing as counsel or in any representative capacity in any proceeding in any Texas court or before any Texas administrative body (whether state, county, municipal, or other), or holding himself out to others or using his name in any manner in conjunction with the "Attorney at Law," "Counselor at Law," or "Lawyer."

Mr. PAQUETTE must immediately notify in writing each of his current clients of this resignation. Mr. PAQUETTE shall also return any files, papers, unearned monies, and other property in his possession and belonging to any client, to the respective client or to another attorney

at the client's request.  Mr. PAQUETTE shall file with the **STATE BAR OF TEXAS, Office of the Chief Disciplinary Counsel, P.O. Box 12487, Austin, Texas 78711-2487**, within thirty (30) days of the date of this *Order* an affidavit stating that all current clients have been notified of his resignation and that all files, papers, monies, and other property belonging to all clients have been returned.

Additionally, Mr. PAQUETTE shall, within thirty (30) days of this *Order*, notify in writing each justice of the peace, judge, magistrate, and chief justice of each court in which he has any matter pending of the terms of this *Order*; the style and cause number of the pending matter(s); and the name, address and telephone number of the client(s) he is representing in that court.  Mr. PAQUETTE shall file with the **STATE BAR OF TEXAS, Office of the Chief Disciplinary Counsel, P.O. Box 12487, Austin, Texas 78711-2487**, within thirty (30) days of the date of this *Order*, an affidavit stating that he has notified in writing each justice of the peace, judge, magistrate, and chief justice of each court in which he has any matter pending of the terms of this *Order*; the style and cause number of the pending matter(s); and the name, address and telephone number of the client(s) he is representing in that court.

## RESTITUTION

As an absolute condition precedent for the reinstatement of Paquette, he is to make payment of restitution to **MICHAEL WALKER** in the amount of **$1500.00 (USD)**.  All payments shall be made by certified or cashier's check and delivered to the **STATE BAR OF TEXAS, Office of the Chief Disciplinary Counsel, P.O. Box 12487, Austin, Texas 78711-2487**.

Additionally, as an absolute condition precedent for the reinstatement of Paquette, he is to make payment of restitution to **SAMUEL LITTLE and NANCY LITTLE-WISE** in the amount of

Misc. Docket No. 07- _____
Page 2

$4000.00 (USD). All payments shall be made by certified or cashier's check and delivered to the STATE BAR OF TEXAS, Office of the Chief Disciplinary Counsel, P.O. Box 12487, Austin, Texas 78711-2487.

### ATTORNEY'S FEES

As an absolute condition precedent for the reinstatement for *RICHARD W. PAQUETTE*, he is to tender payment of attorney's fees in the amount of $6928.25 (USD). All payments shall be made by certified or cashier's check and delivered to the STATE BAR OF TEXAS, Office of the Chief Disciplinary Counsel, P.O. Box 12487, Austin, Texas 78711-2487.

### TAXABLE COSTS

As an absolute condition precedent for the reinstatement for *RICHARD W. PAQUETTE*, he is to tender payment of taxable costs in the amount of $1816.76 (USD). All payments shall be made by certified or cashier's check and delivered to the STATE BAR OF TEXAS, Office of the Chief Disciplinary Counsel, P.O. Box 12487, Austin, Texas 78711-2487.

### POST-JUDGMENT INTEREST

As an absolute condition precedent for the reinstatement of *RICHARD W. PAQUETTE*, all post-judgment interest (assessed at 8.25 % per annum) incurred from the restitution, attorneys' fees and taxable costs from May 4, 2007 to date of final payment are required. As of the date of entry of this Order, the total of restitution, fees and costs assessed against *Richard N. PAQUETTE* is $14,245.01 (USD). All payments of incurred post-judgment interest shall be made by certified or cashier's check and delivered to the STATE BAR OF TEXAS, Office of the Chief Disciplinary Counsel, P.O. Box 12487, Austin, Texas 78711-2487.

Misc. Docket No. 07-_____
Page 3

IT IS ORDERED the 25 day of May, 2007.

_____
Wallace B. Jefferson, Chief Justice

_____
Nathan L. Hecht, Justice

_____
Harriet O'Neill, Justice

_____
J. Dale Wainwright, Justice

_____
Scott A. Brister, Justice

_____
David Medina, Justice

_____
Paul W. Green, Justice

_____
Phil Johnson, Justice

_____
Don R. Willett, Justice

Misc. Docket No. 07-____
Page 4